UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER, | No. 2:13-cv-1467 DAD P |
| Plaintiff, | |
| v. | ORDER |
| GREER et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.[1]

On February 12, 2014, the court denied plaintiff's application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g) and ordered him to pay the filing fee for this action within fourteen days.  In response to the court's order, plaintiff has not paid the filing fee.  He has, however, filed a motion seeking reconsideration of the court's February 12, 2014 order.  Therein, plaintiff argues that the court erred when it determined that he did not allege that he was under "imminent danger of serious physical injury" when he filed this action.  Specifically, plaintiff reiterates his claim that defendant Greer continues to conduct searches of plaintiff for purposes of sexual gratification and in retaliation for a lawsuit plaintiff previously filed.  Plaintiff

---

[1] Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636.  (Doc. No. 4)

1  also reiterates his claim that defendant Greer tried to assault him once by trying to trip plaintiff
2  before placing him on the wall for a search.  (Pl.'s Mot. for Recons. at 1-2.)
3      Once again, the court finds that plaintiff was not "under imminent danger of serious
4  physical injury" at the time he filed this lawsuit, and therefore, the exception to 28 U.S.C. §
5  1915(g) is not available to him in connection with this action.  See Andrews v. Cervantes, 493
6  F.3d 1047, 1055 (9th Cir. 2011) ("Instead, the exception applies if the complaint makes a
7  plausible allegation that the prisoner faced 'imminent danger of serious physical injury' at the
8  time of filing."); see also Bontemps v. Salinas, No. 2:12-cv-2185 AC P, 2013 WL 5954911 at *3
9  (E.D. Cal. Nov. 7, 2013) (plaintiff's allegations concerning defendants' search of him does not
10 satisfy the imminent danger exception); Buchanan v. Clark, No. 1:09-cv-2029 LJO MJS (PC),
11 2012 WL 6726535 at *2 (E.D. Cal. Dec. 27, 2012) (plaintiff failed to allege he was in imminent
12 danger due to defendants' retaliatory searches and seizures).  Accordingly, the court will deny
13 plaintiff's motion for reconsideration.
14     As noted above, plaintiff has not paid the filing fee for this action.  The court has
15 previously warned plaintiff that his failure to pay the filing fee as ordered would result in
16 dismissal of this action without prejudice.
17     Accordingly, for the reasons set forth above, IT IS HEREBY ORDERED that:
18     1. Plaintiff's motion for reconsideration (Doc. No. 7) is denied; and
19     2. This action is dismissed without prejudice.
20 Dated:  March 11, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
walk1467.56(2)