UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br><br>                    Plaintiff,<br><br>        v.<br><br>GREER et al.,<br><br>                    Defendants. | No.  2:13-cv-1467 DAD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.[1]  On March 12, 2014, the court dismissed this action without prejudice due to plaintiff's failure to pay the required filing fee.  The court entered judgment on the same day.

Plaintiff has filed a motion for a certificate of appealability.  Plaintiff is advised that while certificates of appealability are required in habeas corpus actions they are not needed in a civil rights action such as this one.

The court observes that plaintiff has not filed a notice of appeal in this case.  In the interest of justice, the court will construe plaintiff's motion for a certificate of appealability as a motion for an extension of time to file a notice of appeal and will grant plaintiff thirty days from the date of this order to file a notice of appeal.

---

[1] Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636.  (Doc. No. 4)

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a certificate of appealability construed as a motion for an extension of time to file a notice of appeal (Doc. No. 10) is granted;

2. Plaintiff is granted thirty days from the date of this order to file a notice of appeal.

Dated: July 11, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
walk1467.appeal

2